UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>　　　　　Defendant. | Case No. 22-cv-03325-VC<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 32 |

The government's motion to prevent the Rule 30(b)(6) deposition is granted, and no depositions will take place before the hearing on summary judgment. In its summary judgment briefs, the Small Business League is free to include arguments for why discovery is needed in this case.

**IT IS SO ORDERED.**

Dated: June 1, 2023

VINCE CHHABRIA
United States District Judge